# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2015 WY 54

*April Term, A.D. 2015*

**April 8, 2015**

VANESSA GRACIELA MORALES,

Appellant
(Defendant),

v.                                                              S-14-0278

THE STATE OF WYOMING,

Appellee
(Plaintiff).

### ORDER AFFIRMING THE DISTRICT COURT'S "JUDGMENT AND SENTENCE"

[¶1]  **This matter** came before the Court upon its own motion following notification that Appellant did not file a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of conspiracy to deliver methamphetamine.  The district court imposed a three to six year sentence, which was suspended in favor of three years of supervised probation.  This is Appellant's direct appeal from the resulting conviction.  On January 5, 2015, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Following a careful review of the record and the "*Anders* brief" submitted by counsel, this Court, on February 3, 2015, entered its "Order Granting Motion for Court-Appointed Counsel to Withdraw."  That Order notified Appellant the District Court's September 24, 2014, "Judgment and Sentence" would be affirmed unless, on or before March 23, 2015, Appellant filed a brief that persuaded this Court the captioned appeal is not wholly frivolous.  Now, taking note that Appellant, Vanessa Graciela Morales, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Judgment and Sentence" should be affirmed in all respects.  It is, therefore,

[¶2]  **ORDERED** that the September 24, 2014, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶3]   **DATED** this 8th day of April, 2015.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**